■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DWAYNE BETHUNE, Appellant, v JEROME L. NICOLATO, as Superintendent of Ulster Correctional Facility, Respondent. [996 NYS2d 201]— Appeal from a judgment of the Supreme Court (Gilpatric, J.), entered January 29, 2014 in Ulster County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Lahtinen, J.P., Stein, Garry, Egan Jr. and Devine, JJ., concur. Ordered that the judgment is affirmed, without costs.